DISTRICT OF OREGON, ss:                                    AFFIDAVIT OF JOHN LUDWIG

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, John Ludwig being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA"). As such, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I also am responsible for investigating drug-related crimes within the United States. Under 21 U.S.C. § 878, I am empowered to make arrests and obtain and execute search warrants. My current assignment is to the DEA Portland District Office. Since starting with the DEA in May 2020, I have participated in numerous narcotics investigations. My formal law enforcement training and experience includes 17 weeks at the Drug Enforcement Administration Training Academy at Quantico, Virginia. At the academy, I was trained in all aspects of conducting narcotics investigations to include debriefing defendants, witnesses, and informants, conducting surveillance, executing search warrants, conducting controlled purchases and deliveries of drugs, using law enforcement, open source, and social media databases, and seizing narcotics and narcotics-related assets. I have also acquired knowledge and information about illegal drug trade and the various means and methods by which it is furthered from formal and informal training, other law enforcement Investigators, informants, individuals I have interviewed, and from my participation in multiple drug investigations as either a co-case agent or as a supporting investigative agent. Prior to my employment with the DEA, I was a Border Patrol agent under the Department of Homeland Security stationed in Carrizo Springs, Texas from 2018 to 2020. While at the Border Patrol

**Affidavit of Special Agent John Ludwig**                                                                                    Page 1

Academy, I graduated the basic Spanish language program and over the next two years used this to communicate with Spanish speaking subjects. I have consulted and conversed with numerous other agents from various local, state, and federal agencies on drug cases of all types, including the distribution of fentanyl and other narcotics. Because of this and my own training and experience, I am familiar with drug distribution and the methods employed by drug traffickers.

1. I submit this affidavit in support of a criminal complaint and arrest warrants for the following individuals:

- **LEO MARTINEZ ("MARTINEZ")** and
- **ANGEL EDUARDO MENDOZA-RAMIREZ ("MENDOZA")**

for violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(vi) and 846, possession with intent to distribute controlled substances (heroin and fentanyl) and conspiracy to possess with intent to distribute controlled substances ("Target Offenses").

2. This affidavit is intended only to show that there is sufficient probable cause for the requested arrest warrants and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

3. Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(vi) and 846 makes it illegal to possess with the intent to distribute a controlled substances, including at least a kilogram or more of a substance or mixture containing a detectable amount of heroin, and

400 grams or more of a substance or mixture containing a detectable amount of fentanyl, or to conspire to do so. Based on the facts from this investigation, these offenses carry a maximum sentence of 10 years to life imprisonment, a fine of up to $10 million, and a five-year term of supervised release.

## Statement of Probable Cause

### *Sources of Information*

4. ███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

5. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

**Affidavit of Special Agent John Ludwig**                                                                                     Page 3

███████████████████████████████████████████████

██████████████████████████████████

6.  ████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████

7.  █████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

**Affidavit of Special Agent John Ludwig**                          Page 4

8. █████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

9. ██████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████.

### *Background of the Investigation*

10. The Drug Enforcement Administration, Portland District Office Group D-51, in conjunction with Homeland Security Investigations (HSI), the Westside Interagency Narcotics (WIN) team, Tigard Police Department, and Sherwood Police Department (hereinafter collectively "Investigators"), are investigating an international Drug Trafficking Organization (DTO) suspected of importing methamphetamine, counterfeit oxycodone pills containing fentanyl, and heroin from Mexico into the United States for further distribution in California, Oregon, and Washington.

11. ███████████████████████████████████████████████████████████████████████████████████████, Investigators have identified a Mexican based narcotics trafficker ("Unknown Male-9786" or "UM-9786") utilizing Target Cellphone 1 to operate a "dispatch" style DTO in the Portland Metro area. As further detailed below, UM-9786 would receive orders for methamphetamine, heroin, and blue M/30 pills containing fentanyl (hereinafter pills) from customers using XXX-XXX-9786 (hereinafter Target Cellphone 1), and then dispatch two couriers (**MENDOZA** and **MARTINEZ**) to carry out the narcotics deliveries in the Portland Metro area.

*June 29, 2023:* ███████████████████

12. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

13. ███████

14. ███████, Investigators observed numerous suspected narcotics transactions facilitated by UM-9786 over Target Cellphone 1, and ultimately carried out by **MENDOZA** and **MARTINEZ** in the Portland, Metro area. ███████ investigators ultimately identified a white Ford Explorer bearing Oregon license plate 465NJZ as a vehicle utilized by **MENDOZA** and **MARTINEZ** to facilitate narcotics deliveries. Investigators sought and were granted a warrant to install and monitor a GPS tracker on this Explorer.

15. ███████ Investigators also identified two premises associated to the DTO: 3114 SE 147th Place Unit 118 Vancouver, Washington and 9825 NE Decora Lane, Apartment unit 421 Hillsboro, Oregon. Investigators believed that **MENDOZA** and **MARTINEZ** were residing at 3114 SE 147th Place and using 9825 NE Decora Lane as a stash house for narcotics owned by the DTO. Investigators applied for and were granted search warrants for these premises, however, based on subsequent information detailed below, Investigators believed that the DTO was out of drugs. Based on this

information and belief, Investigators returned the warrants to search these premises as unserved.



16.

3.

17.

**August 15, 2023:**

18.

19.



20.

21. Investigators continued to monitor the Explorer's vehicle tracker data pursuant to a federal tracking warrant and noted that the white Ford Explorer that Investigators had seen **MENDOZA** and **MARTINEZ** using throughout the investigation, had traveled to 9825 NE Decora Lane on August 15, 2023. Investigators noted that the Explorer then proceeded to travel around the Portland area making frequent brief stops at locations investigators know to be associated with fentanyl pill customers. Based on the case to date, the Ford Explorer's travel patterns that day, ████████████████ Investigators believed that UM-9786's DTO had received the bulk load of narcotics, were storing the drugs at 9825 NE Decora Lane, and resumed distributing fentanyl pills. Further, investigators believed that **MENDOZA** and **MARTINEZ** had begun distributing the pills on UM-9786's behalf and at UM-9786's direction. Investigators saw, via vehicle tracker data, that the Ford Explorer returned to their Vancouver WA apartment at 3114 SE 147th Place, where they stayed overnight.

22. Investigators planned to interdict **MENDOZA** and **MARTINEZ** the following day before they could distribute more pills. On August 15 and 16, 2023 investigators sought and were granted federal search warrants for 3114 SE 147th Place, Vancouver Washington, and 9825 NE Decora Lane, Hillsboro Oregon respectively.

### *August 16, 2023: Execution of Search Warrants and Arrest of MENDOZA, and MARTINEZ*

23. On August 16, 2023 investigators established surveillance on 3114 SE 147th Place, and the white Ford Explorer in anticipation of **MENDOZA** and **MARTINEZ** traveling to 9825 NE Decora Lane to begin distributing narcotics for the day.

24. At 9:19 p.m. investigators watched as the GPS tracker on the White Ford Explorer left 3114 SE 147th place and drove southwest into Portland, Oregon. Investigators split into three teams, one surveilling 3114 SE 147th Place, one surveilling 9824 NE Decora lane, and one

following a few minutes behind the white Ford Explorer. Investigators watched as the GPS data for the Ford Explorer took indirect paths of travel and circled an apartment complex lot, common counter-surveillance tactics utilized by narcotics traffickers, but ultimately arrived in the area of 9824 NE Decora Lane.

25. Investigators surveilling 9824 NE Decora Lane watched as the white Ford Explorer parked on Decora Lane. Investigators watched **MENDOZA** exit the vehicle walk up the stairs, and enter unit 421. While **MENDOZA** was in unit 421, **MARTINEZ** sat in the driver's seat of the still running Ford Explorer. After a moment, investigators watched as **MENDOZA** exited unit 421 and approached the Ford Explorer with a small Camo print bag in his hands. Investigators watched as **MENDOZA** entered the passenger seat of the still idling Ford Explorer. At this time several marked patrol cars with activated overhead emergency lights initiated a traffic stop of the vehicle.

26. Investigators took both **MENDOZA** and **MARTINEZ** into custody. Both men claimed that the vehicle was not theirs, but belonged to a friend. Based on the investigation to date, and their observations that day, Investigators believed that the still-idling car contained evidence of narcotics distribution. Since the Explorer was readily mobile, that Investigators searched the Ford Explorer under mobile vehicle exception. Inside the vehicle, in the foot well of the passenger side of the vehicle investigators found the camo print bag that **MENDOZA** had carried from unit 421 to the Explorer.

27. Inside this camo print bag investigators found several bags of blue M/30 pills of various amounts and plastic wrapped packages of heroin. Both the heroin and the pills appeared to be packaged and ready for distribution. In total investigators found, including packaging, 511.6 gross grams of blue M/30 pills containing fentanyl and 108.2 gross grams of heroin inside

the bag. Investigators later field tested the drugs and the results indicated presumptive positive for fentanyl and heroin respectively. Below are photographs of this camo bag, and the narcotics that **MENDOZA** brought from unit 421 into the Ford explorer:



28.    Next investigators executed the search warrant on 9825 NE Decora Lane Apartment 421. Inside investigators found multiple packages of heroin concealed in a garbage box in a cupboard in the kitchen. Investigators also found blue M/30 pills concealed in an interior compartment of the couch, and in a red bag hidden above the water heater in the bathroom of the apartment. Below are photographs of these narcotics, both concealed and laid out:

/ / / /

/ / / /

**Affidavit of Special Agent John Ludwig**                                                                                    Page 12






29. As Investigators searched the apartment, **MENDOZA** began complaining of pain due to the handcuffs on his wrists, and pain in his hips and legs from a pre-existing injury. Investigators brought **MENDOZA** into unit 421 and sat him in chair. Investigators also moved **MENDOZA**'s handcuffs to the front. When investigators found the large red bag with the bulk

**Affidavit of Special Agent John Ludwig**                                                                                          Page 13

of the blue M/30 pills, **MENDOZA** slipped one of his hands free of his handcuffs, quickly ran past the Investigator watching him. **MENDOZA** ran to the balcony of the second story apartment where he jumped to the ground and ran.

30. Investigators pursued **MENDOZA** repeatedly identifying themselves as law enforcement and commanding **MENDOZA** to stop in Spanish and English. After a foot chase of approximately 300 yards **MENDOZA** stumbled and Investigators were able to take him back into custody. Following this chase **MENDOZA** apologized to Investigators and told them not to worry about him.

31. Inside the Decora Lane apartment investigators located and seized 1,143.5 gross grams of blue M/30 pills and 1,145.9 gross grams of heroin including the packaging of both inside unit 421. Both field tested presumptive positive for fentanyl and heroin respectively.

32. Investigators next executed the search warrant at 3114 SE 147th Place Unit 118 Vancouver, WA. Inside investigators found numerous black electrical taped packages of money in a lockbox, numerous wire remitter receipts with **MARTINEZ**'s name on them, and a large shrine to the Mexican Patron saint of narcotics trafficking "Santa Muerte." Below are photographs of this shrine and bulk U.S currency found in the apartment:

/ / / /

/ / / /

/ / / /

 

██████████████████████████████████████

33. ████████████████████████████████████████████████

████████████████████████████████

34. ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████

35. ████████████████████████████████████████████████
████████████████████████████████████████████████

**Affidavit of Special Agent John Ludwig**                                Page 15

██████████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████
████████████████████

## Conclusion

36. In total investigators seized 5,615.1 gross grams of Blue M/30 pills containing fentanyl and 1,254.1 gross grams of heroin from 9825 NE Decora Lane Unit 421 and the White Ford Explorer associated with **MARTINEZ** and **MENDOZA**.

37. Based on these facts, I believe that **MARTINEZ** and **MENDOZA** engaged in the target offenses.

27. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Paul Maloney, and AUSA Maloney advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrants

## Request for Sealing

28. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized

/ / / /

is relevant to an ongoing investigation, and any disclosure of the information at this time is likely to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

/s/ *Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*

John Ludwig
DEA Special Agent

Sworn to by telephone at __9:00 pm__ a.m./p.m. this __16th__ day of August __, 2023 in accordance with Fed. R. Crim. P. 4.1.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge